OCTOBER 15, 1957

**Reap. Dec. 9014.—** ——*S. Stern, Henry & Co., et al. v. United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiffs.